**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000533
09-DEC-2011
08:35 AM**

NO. CAAP-11-0000533

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CONTINENTAL PACIFIC, LLC, Plaintiff-Appellee
v.
KAMAUU REAL ESTATE, LLC, Defendant-Appellant
and
KUAULI PROPERTIES, LLC and ALANE MACRUM, Defendants-Appellees
and
JOHN DOES 1-50, JANE DOES 1-50,
DOE PARTNERSHIPS 1-50, DOE CORPORATIONS 1-50,
DOE ENTITIES 1-50, and DOE GOVERNMENTAL UNITS 1-50, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 10-1-1567)

ORDER GRANTING MOTION FOR DISMISSAL OF APPEAL
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon consideration of the Motion to Dismiss Appeal filed by Defendant-Appellant Kamauu Real Estate, Inc., the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the motion to dismiss appeal is granted, and this appeal is dismissed.  The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i,  December 9, 2011.

Chief Judge

Associate Judge

Associate Judge